**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

William McDaniel

804 Plaza Dr.

Woodbridge   N.S.   07095

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Occupational Safety and

Health Administration

6 Upper Pond Rd Flr 2

Parsippany N.S.   07054

973 - 263 - 1003


301027596

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2024 OCT 22  A 11: 45

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.**      **Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
         additional sheets of paper as necessary.

Plaintiff      Name            *William McDaniel*
               Street Address  *804 Plaza Dr.*
               County, City    *Middlesex   Woodbridge*
               State & Zip Code *N.S.   07095*
               Telephone Number *732 912 3705*

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name  OCCUPATION  SAFETY  AND  HEALTH  ADministratio

Street Address  6  UPPER  POND  RD  FIR  2

County, City  PARSIPPANY ,  N.S.  07054

State & Zip Code  N.S.  07054

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions       [✓] Diversity of Citizenship

[✓] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  *THEY  FOUND  HAZARDOUS  CONDITIONS*
*UNSAFE  WORK  CONDITIOUS  NO  FIRE  EXTINCUISHERS*
*CERTAIN  PARTS  OF  THE  BIDG,  / REPORTED*

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _AMERICAN  N.S._

Defendant(s) state(s) of citizenship _N/A_

**III.  Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _USPS  DOMINICK U_
_DANIEIS  PROCESSING  AND  DISTRiBUTION  CENTER_

B.  What date and approximate time did the events giving rise to your claim(s) occur? _FORM_
_DEC 2, 2022  TO  PRESENT  DAY_
_WORK PlACE  VIOlENCE  AND  UNSAFE  WORK  CONDiTIONS_

| | |
|---|---|
| What happened to you? | C.  Facts: _ON  DEC  2, 2022,  AUG 23, 2023_ _I  REPORTED  VERBAl  THREATS  AlSO  ON_ _10/2023  MANACER  THREATS_ _ON  10/16/2024  MANACER  KHAliI STATED_ _I  Fill  OUT  TOO  MANY  1767 SAFETY_ _FORMS_ |
| Who did what? | _MANACER  KHAlil  TERMINATED  MY_ _EMPloyMENT  UNDER  SECRECY  OF  FAISE_ _ClAIMS  AND  HEARSAY  THAT  I_ _THREATENED  A  SUPERVISOR  MOON_ |
| Was anyone else involved? | _WHICH  I  AM  THE  VICTIM  MR. MOOU_ _THREATENED  ME  I  REPORTED  THIS_ _TO  THE  OFFICE  OF  INSPECTOR  GENERAl_ _THERE  ARE  PolICE  AND  POSTAl  POliCE_ _REPORTS  ON  DEC 2, 2022,  AUG, 23, 2023_ _OCT 2023,  JAN 11, 2024,  OTHER_ |
| Who else saw what happened? | _USPS  CAMERAS  AND  EMAilS_ |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _AN XiETY    ATTACKS    AND    OTHER_ _/    HAVE    Hospital    AuD    DocToR    IN FoR._

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_I    WOUID    liKE    FoR    OSHA    To    A    BETTER INVESTIGATioN    OF    SiTUATioN    THERE    ARE EMAiLS,    OUT    THERE    ARE    EMAiLS    OUT THERE    DESCRibiNG    ME    AS    A    TROUBIE MAKER AND    PROBIEMATiC    AFTER    REPORTiNG    To OSHA ,_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **22** day of **TUESDAY** , 20 **24** .

Signature of Plaintiff **William McDaniel**

Mailing Address **804 PLAZA DRIVE**

**WOOD BRIDGE N.S**

**07095**

Telephone Number **732 912 · 3705**

Fax Number *(if you have one)* _____

E-mail Address **VAILSBURG @ HOTMAIL. COM**

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: **William McDaniel**